IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>A PERMANENT EASEMENT FOR 1.11 ACRES, TEMPORARY EASEMENTS FOR 2.01 ACRES, TEMPORARY ACCESS EASEMENT FOR 1.15 ACRES, IN NEW MILFORD TOWNSHIP, SUSQUEHANNA COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 110.00-1,046.00,000, BLUESTONE PIPELINE COMPANY OF PENNSYLVANIA, LLC, et al.<br><br>Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 3:14-cv-02442-MEM<br>(Hon. Malachy E. Mannion)<br><br>**Electronically Filed** |

## CERTIFICATE OF SERVICE

I, Elizabeth U. Witmer, Esq., hereby certify that I arranged for service of the foregoing *February 4, 2015 Order entered by the Honorable Malachy E. Mannion of the United States District Court for the Middle District of Pennsylvania scheduling a hearing for Friday, February 13, 2015 at 10:30 a.m.* on the following via FedEx Priority Delivery:

BLUESTONE PIPELINE COMPANY OF
PENNSYLVANIA, LLC
C/O CT CORPORATION SYSTEM
116 PINE STREET, SUITE 320
HARRISBURG, PA  17101

SOUTHWESTERN ENERGY PRODUCTION COMPANY
(N/K/A SWN PRODUCTION COMPANY, LLC)
C/O CT CORPORATION SYSTEM
116 PINE STREET
SUITE 320
HARRISBURG, PA  17101

/s/ Elizabeth U. Witmer
Elizabeth U. Witmer

Dated:  February 5, 2015